UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD CHRISTENSEN,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA INC., et al.,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-02549-JCM-NJK<br><br>ORDER<br><br>(Docket No. 5) |

Pending before the Court is Defendants' motion to stay proceedings pending a ruling on an MDL transfer. Docket No. 5. Any response was due by November 10, 2016, *see* Docket No. 5, but none has been filed. The motion to stay is hereby **GRANTED**, and this case shall be **STAYED** until the JPML rules on whether the case should be transferred to the MDL. In the event the JPML declines to transfer this case, the parties shall file a proposed discovery plan within 14 days of the issuance of that order.

IT IS SO ORDERED.

DATED: November 14, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge